IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TOMAS O. RIVERA COLON,

Plaintiff

v.                                              CIVIL 98-1269 (SEC) (JA)

BUNGEE PLUNGE, INC., et al.

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Convert Pretrial Into Status Conference, 9-6-99. | 21 | Moot. |

In San Juan, Puerto Rico, this 27th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)