IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2    TOMAS O. RIVERA COLON,

3
     Plaintiff
4

5    v.                                          CIVIL 98-1269 ~~(CCC)~~ (JA)

6    BUNGEE PLUNGE, INC., et al.,

7
     Defendants
8

9                          O R D E R
10

11

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Announcing Stipulation and Request of Time to File Formal Stipulation, 10-27-99. | 24 | Granted. The pretrial conference scheduled for tomorrow is canceled. |

In San Juan, Puerto Rico, this 28th day of October, 1999.

JUSTO ARENAS
United States Magistrate Judge

RECEIVED & FILED
1999 NOV -1 AM 11: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECD.   TO JUDGE
NOV - 1 1999
BY

AO 72
(Rev 8/82)