IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TOMAS O. RIVERA COLON,

Plaintiff

v.                                      CIVIL 98-1269 (CCC) (JA)

BUNGEE PLUNGE, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Settlement Stipulation and General Release, 10-1-99. | 26 | Stipulation is approved. Judgement will enter accordingly. |

In San Juan, Puerto Rico, this 4th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)