ENTERED ON DOCKET
11/23/99 PURSUANT
TO FRCP RULES 58 & 79a

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Tomás O. Rivera-Colon

Plaintiff

v.                                    Civil 98-1269 (SEC-JA)

Bungee Plunge, Inc., et al

Defendants

_____

### JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an order on November 5, 1999 approving the "Settlement Stipulation" filed by the parties on November 1, 1999. WHEREFORE, it is

**ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED** with prejudice and without special imposition of costs, interest or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of November, 1999.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk